UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**STAY LIFTED /JS-6**

| | |
|---|---|
| Case No. **ED CV 20-904-DMG (SHKx)** | Date September 23, 2020 |
| Title *James Rutherford v. Chih-Hong Young, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on September 22, 2020 [Doc. # 22], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO ORDERED.